IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BRAY,

        Petitioner,

vs.                                       CASE NO. 5:08cv88/RS-AK

SCOTT A. MIDDLEBROOKS,

        Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 13) and Petitioner's Objections To Magistrate's Report and Recommendation (Doc. 15). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on June 16, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**